## U.S. Bankruptcy Court
## District of Massachusetts

In Re:                                          Case No: 09-17271 FJB
                                                Chapter 13
        Martin H. Normile

            Debtor

### Order of Dismissal

    Due to the failure of the Debtor to comply with the Court's Order of 8/3/09, and the Debtor having failed to file timely the Matrix, it is hereby ordered that the above-entitled case be and hereby is DISMISSED.

Date: August 13, 2009

                        _____
                        Bankruptcy Judge

cc:    Martin H. Normile, Debtor
       David G. Baker, Debtor's counsel
       Carolyn Bankowski, Chapter 13 Trustee